No. 8.   Ex Parte Iglesias.—Solicitud para que se expida auto de Habeas Corpus.   Resuelto en Abril 20, 1903. Denegada la solicitud de excarcelación.   Abogado del recurrente : *Sr. Ramos (Juan R.)*   Abogado del Pueblo : *Sr. del Toro,* (Fiscal.)

No. 2.   Pagán *v.* Corte de Distrito de San Juan.— Solicitud para que se expida auto de Mandamus.   Resuelto en Abril 22, 1903.   Desistido á instancias del demandante. Abogado del demandante : *Sr. Falcón.*

No. 33.   MacAllister *v.* Javierri.—Casación procedente de la Corte de Distrito de Mayagüez.   Resuelto en Abril 30, 1903.   Desistido á instancias de la parte recurrente. Abogado del recurrente : *Sr. Vazquez (Fernando.)*

No. 1.   Granja *v.* El Banco Territorial y Agrícola Et Al.—Apelación procedente de la Corte de Distrito de San Juan.   Resuelto en Mayo 7, 1903.   Se declaró nulo todo lo actuado ante el Tribunal Supremo por no haberse notificado la sentencia del inferior á todos los demandados, ni habérseles emplazado para su comparecencia ante el Tribunal Supremo.   Abogado del recurrente : *Sr. Texidor.* Abogado del recurrido : *Sr. Guzmán Benitez (Juan.)*

No. 3.   Iglesias *v.* Corte de Distrito de Arecibo.— Solicitud para que se expida auto de Mandamus.   Resuelto en Mayo 8, 1903.   Denegada la solicitud. Abogado del demandante : *Sr. Ramos.*

No. 24.   Martinez *v.* Sucesión Lassus.—Apelación procedente de la Corte de Distrito de Mayagüez.   Resuelto en

No. 8. Ex parte Iglesias.—Application for the writ of *habeas corpus*. Decided April 20, 1903. The application was denied. *Mr. Juan R. Ramos*, for appellant. *Mr. del Toro, (Fiscal)*, for the People.

No. 2. Pagán *v.* District Court of San Juan.—Application for writ of *Mandamus*. Decided April 22, 1903. Withdrawn at the request of plaintiff. *Mr. Falcón* for plaintiff.

No. 33. MacAllister *v.* Javierri.—Appeal in cassation from the District Court of Mayagüez. Decided April 30, 1903. Withdrawn at the instance of the party appellant. *Mr. Fernando Vázquez*, for appellant.

No. 1. Granja *v.* Banco Territorial y Agrícola Et Al. —Appeal from the District Court of San Juan. Decided May 7, 1903. All the proceedings had in the Supreme Court were declared null and void because notice of the judgment of the lower court had not been served upon all the defendants, nor had they been summoned to appear before the Supreme Court. *Mr. Texidor*, for appellant. *Mr. Juan Guzmán Benítez*, for respondent

No. 3. Iglesias *v.* District Court of Arecibo.—Application for writ of *Mandamus*. Decided May 8, 1903. The application was denied. *Mr. Ramos*, for plaintiff.

No. 24. Martínez *v.* Succession Lassús.—Appeal from the District Court of Mayagüez. Decided May 8, 1903.

Mayo 8, 1903. Se declaró abandonado el recurso interpuesto por haber transcurirdo más de un año sin instarse el curso de los autos por la parte recurrente. Abogado del recurrente : *Sr. Fajardo.*

---

No. 4. Barreras *v.* Corte de Distrito de San Juan.— Solicitud para que se expida auto de Mandamus. Resuelto en Mayo 19, 1903. Denegada la solicitud. Abogado del demandante : *Sr. Tizol.*

---

No. 18. Ex Parte Baez.—Apelación procedente de la Corte de Distrito de Mayagüez. Resuelto en Mayo 29, 1903. Se declaró sin lugar el recurso interpuesto por no haber constancias en autos para poder apreciar si el Tribunal inferior cometió algún error. Abogado del apelante : *Sr. Fajardo.* Abogado del Pueblo : *Sr. del Toro* (Fiscal.)

---

No. 1. Mullenhoff & Korber *v.* Campillo Et Al.— Solicitud para que expida auto de *Mandamus.* Resuelto en Junio 1, 1903. Desistido á instancias de la parte demandante. Abogado de los demandantes: *Sr. Texidor.*

---

· No. 11. Ex parte Bernardini.—Solicitud para que se expida mandamiento de *habeas corpus.* Resuelto en Junio 1, 1903. Denegada la excarcelación. Abogado del peticionario: *Sr. Falcón.* `Abogado del Pueblo: *Sr. del Toro,* (Fiscal).